UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE THORNTON,<br><br>　　　　Plaintiff.<br><br>　　v.<br><br>COMPASS TRANSPORTATION, INC., et al.,<br><br>　　　　Defendants. | Case No. 17-cv-06738-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a further case management conference was scheduled on May 25, 2018, at 2:00 P.M., before this Court in the above-entitled case. Plaintiff was not present. Defendant was present.

IT IS HEREBY ORDERED that Plaintiff appear on **June 22, 2018, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the further case management conference on May 25, 2018, for failure to prosecute, and for failure to comply with the Court's Orders of March 1, 2018, [ECF 27] and May 9, 2018 [ECF 38]. A further case management conference and status regarding the production of medical records is also scheduled for **June 22, 2018**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated: May 31, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge