PATRICIA A. BOYES, ESQ. [SBN: 244335]
ANTHONY L. PEREZ, ESQ. [SBN: 303045]
BOYESLEGAL, APC
84 W. Santa Clara Street, Suite 550
San Jose, California 95113-1812
Tel: (408) 572-5665
Fax: (408) 572-5567

Attorneys for Plaintiff,
LOUISE THORNTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUISE THORNTON<br><br>Plaintiff,<br><br>v.<br><br>AMTRAK, COMPASS TRANSPORATION, INC., AND DOES 1 THROUGH 20, INCLUSIVE<br><br>Defendants. | Case No.: 3:17-CV-06738-JCS<br>*Santa Clara Co. Superior Court Case*<br>*Case No.: 17-cv-316935*<br><br>**AGREED STIPULATION OF DISMISSAL**<br><br>Hon. Joseph C. Spero |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff LOUISE THORNTON ("Plaintiff") and Defendant COMPASS TRANSPORTATION, INC. ("Compass") and Defendant AMTRAK ("Amtrak") (collectively the parties), being all parties who entered an appearance in the above-referenced proceeding, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein by virtue of any pleading entered or filed in this proceeding, with prejudice to refiling.

////
////
////
////
////
////

Dated: October 10, 2018

BOYESLEGAL, APC

By _____
PATRICIA A. BOYES, ESQ.
Attorney for Plaintiff,
LOUISE THORNTON

Dated: October 10, 2018

BURNHAM BROWN

By _____
RAYMOND A. GREENE, III, ESQ.
Attorney for Defendants,
COMPASS TRANSPORTATION, INC.
and NATIONAL RAILROAD
PASSENGER CO. (AMTRAK)

Dated: October 15, 2018



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA